TODD O. MAIDEN (SBN CA 123524)
TMAIDEN@ReedSmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Phone: +1 415 543 8700
Fax:    +1 415 391 8269

Attorneys for Defendants
CAMELBAK PRODUCTS, LLC and
CAMELBAK INTERNATIONAL, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RACHEL LEPKOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>CAMELBAK PRODUCTS, LLC and CAMELBAK INTERNATIONAL, LLC,<br><br>Defendants. | Case No. 19-cv-04598-YGR<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF CAMELBAK PRODUCTS INTERNATIONAL, LLC AND CAMELBAK PRODUCTS, LLC**<br><br>Judge Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants CamelBak International, LLC and CamelBak Products, LLC state:

1. CamelBak International, LLC is owned 100% by CamelBak Products, LLC., and

2. CamelBak Products, LLC is owned 100% by Camelbak Acquisition Corp.

Dated: October 15, 2019

Respectfully submitted,

REED SMITH LLP

By: */s/ Todd O. Maiden*

TODD O. MAIDEN (SBN CA 123524)
TMAIDEN@ReedSmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Phone: +1 415 543 8700
Fax:    +1 415 391 8269
*Attorney for Defendants*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## **CERTIFICATE OF SERVICE**

I, Todd O. Maiden, an attorney, hereby certify that on October 15, 2019, I caused a true and correct copy of the foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF CAMELBAK PRODUCTS INTERNATIONAL, LLC AND CAMELBAK PRODUCTS, LLC to be filed and served electronically via the ECF system of this Court.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

DATED:  October 15, 2019                               /s/ Todd O. Maiden