UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL LEPKOWSKI,**<br>Plaintiff,<br>v.<br>**CAMELBAK PRODUCTS, LLC, ET AL.,**<br>Defendants. | Case No. 19-cv-04598-YGR<br><br>**ORDER DENYING AS MOOT DEFENDANTS'**<br>**MOTION TO DISMISS**<br>Re: Dkt. No. 13 |

On October 11, 2019, defendants CamelBak Products, LLC, and CamelBak International, LLC filed a motion to dismiss plaintiff's class action complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). (Dkt. No. 13.) On October 21, 2019, plaintiff filed an amended complaint against defendants. (Dkt. No. 16.)

In light of the filing of plaintiff's amended complaint, defendants' motion to dismiss is **DENIED AS MOOT**. Defendants shall respond within fourteen days of the filing of the amended complaint.

This Order terminates Docket Number 13.

**IT IS SO ORDERED.**

Dated: October 24, 2019

YVONNE GONZALEZ ROGERS
United States District Judge