UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL LEPKOWSKI,** | Case No. 19-cv-04598-YGR |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| | Re: Dkt. Nos. 31 |
| **CAMELBAK PRODUCTS, LLC, ET AL.,** | |
| Defendants. | |

The Court issued an order granting defendants' motion to dismiss plaintiff's first amended class action complaint. (Dkt. No. 31.) In the order, the Court stated that the it did "not believe that amendment to the complaint is possible," but that, "in light of plaintiff's request[, made at the motion hearing,] leave to amend is GRANTED as long as such amendment can be made consistent with Rule 11." (*Id.* at 6.) The Court provided that "[t]o the extent plaintiff decides to file an amended complaint, the same shall be filed no later than January 17, 2020." (*Id.*) A "[f]ailure to do so will result in a *sua sponte* dismissal with prejudice effective January 21, 2020." (*Id.*) Plaintiff did not file a second amended complaint with the Court in this action.

Accordingly, and in light of the Court's prior order granting defendants' motion to dismiss, this matter is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: January 23, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**